Onesimo CEDILLO, petitioner,
v. UNITED STATES.
No. 97-6724.

Supreme Court of the United States.

March 23, 1998.